

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00049-CR

---

GARY DALE POTTER, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 28730

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Appellant Gary Dale Potter has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     July 12, 2021
Date Decided:      July 13, 2021